**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
THE TRUSTEES OF THE SOFT DRINK
AND BREWERY WORKERS' UNION
812 RETIREMENT FUND,

               Plaintiff,

      - against -

JENCON BEVERAGE DISTRIBUTOR
CORP.,

               Defendant.
-------------------------------------------------------X

                                  **DEFAULT JUDGMENT**
                                  CV 20-2320 (GRB) (AKT)

     An Order of the Honorable Gary R. Brown, United States District Judge, having been

filed on December 1, 2020; granting plaintiff's motion for default judgment against defendant

Jencon Beverage Distributor Corp.; awarding plaintiff: principal damages in the amount of

$122,190.00; liquidated damages in the amount of $60,484.05; pre-judgment interest in the

amount of $60,725.09 as of October 16, 2020 and accruing at the rate of $60.25 each date

thereafter through the date of judgment, and the Clerk of Court having calculated that additional

amount to be $3,193.25; $4,350.00 in attorneys' fees, and $527.31in costs; and the directing the

Clerk of the Court to enter default judgment against and close this case, it is

     **ORDERED AND ADJUDGED** that plaintiff's motion for a default judgment against

defendant Jencon Beverage Distributor Corp., is granted; and that plaintiff is awarded

$251,469.70 as against defendant Jencon Beverage Distributor Corp.; and that this case is closed.

Dated:  December 8, 2020
        Central Islip, New York

                               DOUGLAS C. PALMER
                               CLERK OF THE COURT
                     BY:   /S/ JAMES J. TORITTO
                               DEPUTY CLERK